# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131065

SUSAN BUREK, Personal Representative of
the Estate of JAMES BUREK, Deceased,
      Plaintiff-Appellee,

v

HURON VALLEY SINAI HOSPITAL,
HURON VALLEY HOSPITAL, INC.,
HARPER HOSPITAL, HARPER-HUTZEL
HOSPITAL, and BARBARA ANN
KARMANOS CANCER INSTITUTE,
      Defendants-Appellants,

and

KIMBERLY BETH HART, M.D. and
ARTHUR J. FRAZIER, M.D.,
      Defendants.
_____/

SC: 131065
COA: 266463
Wayne CC: 04-422090-NH

On order of the Court, the application for leave to appeal the March 21, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

Clerk

d0918